IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEN KRAMBECK and CLAIM DOC, LLC, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | No. 17–3934 |
| v. | : | |
| DAVID FISHBONE and NEEDHAM BUSINESS CONSULTING, PA, LLC, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 30th day of January, 2019, upon consideration of Plaintiffs' "Motion to Dismiss the Counterclaim in its Entirety" (Doc. No. 15), Plaintiffs' "Motion for Partial Summary Judgment on Count I of their Complaint" (Doc. No. 16), and the respective responses and replies to each, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' "Motion to Dismiss the Counterclaim in its Entirety" (Doc. No. 15) is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED**, such that Counts I and IV of Defendants' Counterclaims (Doc. No. 13) are **DISMISSED WITH PREJUDICE**. In all other respects, the Motion is **DENIED.**

2. Plaintiffs' "Motion for Partial Summary Judgment on Count I of their Complaint" (Doc. No. 16) is **DENIED**.

3. Plaintiffs shall file an answer to the remaining counterclaims **within 30 days of the date of this Order.**

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**