IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEN KRAMBECK and** <br> **CLAIM DOC, LLC.,** | : <br> : <br> : | |
| *Plaintiffs,* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 17 - 3934 |
| **NEEDHAM BUSINESS CONSULTING PA, LLC and DAVID FISHBONE** | : <br> : <br> : <br> : | |
| *Defendants.* | : <br> : | |

# ORDER

**AND NOW**, this 30th day of November, 2021, upon consideration of "Defendants' Amended Motion for Partial Summary Judgment" (ECF No. 42), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiffs' claims for unjust enrichment (Count III) are **DISMISSED**.

2. Defendants' Motion is **DENIED** in all other respects.

A separate order will be entered regarding a scheduling conference for trial.

                                           **BY THE COURT:**

                                           */s/ Mitchell S. Goldberg*
                                           **MITCHELL S. GOLDBERG, J.**